Carlito CABANA, Plaintiff–Appellant,

v.

Thomas R. CORCORAN, Warden; Commissioner of Corrections; Dr. Wright, Medical Department, Defendants–Appellees,

and

Stephen Dwimoh, Dentist, Medical Department; Charles Kimbrow, Nurse, Defendants.

No. 01–6136.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

Carlito Cabana, pro se. Stephanie Judith Lane–Weber, Assistant Attorney General, Philip Melton Andrews, Michael Joseph Lentz, Kramon & Graham, Baltimore, MD, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Carlito Cabana appeals the district court's order dismissing certain defendants from his suit under 42 U.S.C. § 1983 (1994). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*